OPINION ON REHEARING



FILED

May 08 2017, 5:37 am

CLERK
Indiana Supreme Court
Court of Appeals
and Tax Court

APPELLANT PRO SE

David Earl Ison
Carlisle, Indiana

ATTORNEYS FOR APPELLEE

Curtis T. Hill, Jr.
Attorney General of Indiana

Ian McLean
Deputy Attorney General
Indianapolis, Indiana

# IN THE
# COURT OF APPEALS OF INDIANA

| | |
|---|---|
| David Earl Ison,<br>*Appellant-Petitioner,*<br><br>v.<br><br>State of Indiana,<br>*Appellee-Respondent* | May 8, 2017<br><br>Court of Appeals Case No.<br>24A04-1607-PC-1618<br><br>Appeal from the Franklin Circuit Court<br><br>The Honorable J. Steven Cox, Judge<br><br>Trial Court Cause No.<br>24C01-1407-PC-630 |

**Altice, Judge.**

[1]     The State seeks rehearing and asks that we delete footnote three of our opinion. In that footnote, we erroneously concluded that Ind. Code § 35-50-2-9 contains a technical error.  We agree that rehearing is appropriate and therefore grant

rehearing to delete the second paragraph of footnote three. In all other respects the original opinion is affirmed.

Riley, J. and Crone, J., concur.